JOHN J. KADLIC
Reno City Attorney
JACK D. CAMPBELL
Deputy City Attorney
Nevada State Bar #4938
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for City of Reno, Kyle Meseberg, Kelly Gannon, Tim Broadway, Jet Utter, and Eric Schlesener*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FAWN PHIBBS,

Plaintiff,

vs.

Officer KYLE MESEBERG, individually and in his official capacity as an Officer with the Reno Police Department (RPD); Officer KELLEY GANNON, individually and in his official capacity as an Officer with the Reno Police Department (RPD); Officer TIM BROADWAY, individually and in his official capacity as an Officer with the Reno Police Department (RPD); Officer JET UTTER, individually and in his official capacity as an Officer with the Reno Police Department (RPD); Officer ERIC SCHLESENER, individually and in his official capacity as an Officer with the Reno Police Department (RPD); CITY OF RENO by and through its POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; John Does 1 through 15, inclusive; BLACK & WHITE CORPORATIONS 1 through 15, inclusive; or RED AND WHITE MUNICIPAL ENTITIES 1 through 15, inclusive,

Defendants.

/

Case No.: 3:11-CV-00168-HDM-VPC

**DEFENDANTS CITY OF RENO, KYLE MESEBERG, KELLY GANNON, TIM BROADWAY, JET UTTER, AND ERIC SCHLESENER'S OBJECTIONS TO PLAINTIFF'S RULE 26 DISCLOSURES**

COMES NOW, Defendants CITY OF RENO, KYLE MESEBERG, KELLY GANNON, TIM BROADWAY, JET UTTER, and ERIC SCHLESENER, (hereinafter CITY OF RENO), by and through their attorneys, JOHN J. KADLIC, Reno City Attorney and JACK D. CAMPBELL, Deputy Reno City Attorney, hereby object pursuant to Fed. R. Civ. Pro. 26(a)(3)(B) to Plaintiff's Initial Rule 26 disclosures as follows:

1. Plaintiff has not provided the computation of each category of damages claimed as required by Fed. R. Civ. Pro. 26(a)(1)(A)(iii).

2. Defendant's object to the admissibility of the following medical records identified by Plaintiff because they appear incomplete and lack Custodian of Records certification as required by FRE. 902(11)

| | |
|---|---|
| a. Order regarding Mr. Brain | FP00107 |
| b. Northern Nevada Adult Mental Health Records | FP0108-FP0186 |
| c. Work Capacity Evaluation | FP0187-0205 |
| d. Renown Medical Center Records | FP0206-FP0443 |

3. Defendant's further object to records FP0141-FP0159 because the copies provided to Defendants have been miscopied and don't present all information contained in the documents. Accordingly these documents do not meet the requirement of FRE1001(4).

4. Defendants object to witnesses number 33 and 34 identified in Plaintiff's Rule 26 Disclosures because they are not properly identified. Rule 26(1)(a)(i) specifically states that each party is to identify the subject of the discoverable information that each witness will contribute to support its claims or defenses. Plaintiff simply states

///

///

///

///

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

that the witnesses "will testify as to his/her knowledge of the facts of this case..." Defendants request that Plaintiff supplement these witness identifications as required by Rule 26.

DATED this 19th day of May, 2011.

JOHN J. KADLIC
Reno City Attorney

By: [signature]
JACK D. CAMPBELL
Deputy City Attorney
Nevada State #4938
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno, Kyle Meseberg, Kelly Gannon, Tim Broadway, Jet Utter, and Eric Schlesener*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_______ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_______ Personal delivery.

___X___ CM/ECF electronic service

_______ Facsimile (FAX).

_______ Federal Express or other overnight delivery.

_______ Reno/Carson Messenger Service.

addressed as follows:

Marc Picker, Esq.
Angela Lightener, Esq.
Marc Picker, Esq., LTD.
PO Box 3344
Reno NV 89505-3344
*Attorneys for Plaintiff*

DATED this 19th day of May, 2011.

Tamme Sutton
Senior Legal Assistant