**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| FAWN PHIBBS, | ) | 3:11-cv-00168-HDM-VPC |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| JET UTTER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

    Before this court is Cal J. Potter's renewed motion to withdraw as counsel of record for plaintiff Fawn Phibbs (#91), which was filed under seal. Pursuant to Local Rule IA 10-6(e), there is "good cause shown" why Mr. Potter should be allowed to withdraw as the plaintiff's attorney. Therefore, Mr. Potter's motion is **GRANTED**.

    The plaintiff shall have until August 9, 2013 to obtain new counsel and file an entry of appearance of counsel. In the event the plaintiff is unable to secure counsel by that date, the plaintiff shall advise the court and a status conference will be set.

1

**IT IS SO ORDERED.**

DATED: This 9th day of July, 2013.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE